IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE L. DAVIS, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-01711 |
| | : (JUDGE MARIANI) |
| WARDEN J.E. THOMAS, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 31ST DAY OF July, 2015, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation, Plaintiff's Objections thereto, and all related filings, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Objections (Doc. 52) are **OVERRULED**. The Motion that Magistrate Judge Carlson considered in his Report and Recommendation was and always had been a Motion for Summary Judgment. Magistrate Judge Carlson properly treated it as such.

2. The Report and Recommendation (Doc. 51) is **ADOPTED**, for the reasons stated therein.

3. Defendant's Motion for Summary Judgment (Doc. 46) is **GRANTED**.

4. The Clerk of Court is **DIRECTED** to close the case.

FILED
SCRANTON

JUL 31 2015

PER /s/
DEPUTY CLERK

Robert D. Mariani
United States District Judge